**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUANE PALM,<br><br>        Plaintiff,<br><br>    v.<br><br>C. PFEIFFER, et al.,<br><br>        Defendants. | Case No. 1:25-cv-01045 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THIS CASE PROCEED ONLY ON PLAINTIFF'S EIGHTH AMENDMENT CLAIMS AGAINST DEFENDANTS E. PEREZ AND J. GUERRA FOR BEING DELIBERATELY INDIFFERENT TO HIS SAFETY NEEDS<br><br>(Docs. 11 & 13) |

Duane Palm is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 23, 2026, Plaintiff filed his First Amended Complaint. (Doc. 11.) On March 30, 2026, the assigned magistrate judge entered screening findings and recommendations, recommending that "[t]his case proceed on Plaintiff's claims that Defendants E. Perez and J. Guerra were deliberately indifferent to his safety needs by housing him in a prison where he was at an elevated risk of contracting Valley Fever." (Doc. 13 at 13.) The assigned magistrate judge also recommended that "[a]ll other claims and Defendants be dismissed without further leave to amend." (*Id.*).

The Court served the findings and recommendations on Plaintiff, informed him that objections were due in 30 days, and warned him that failure to timely file objections may result in the waiver of

1

rights on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839-39 (2014).) The deadline for filing objections has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

According  28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly**, IT IS ORDERED** that:

1.     The findings and recommendations issued on March 30, 2026, (Doc. 13), are **ADOPTED IN FULL.**

2.     This case proceed on Plaintiff's claims that Defendants E. Perez and J. Guerra were deliberately indifferent to his safety needs by housing him in a prison where he was at an elevated risk of contracting Valley Fever.

3.     All other claims and Defendants be **DISMISSED** without further leave to amend.

4.     The Clerk of Court is directed to reflect the dismissal of all defendants on the Court's docket, except for Defendants E. Perez and J. Guerra, and Defendant E. Perez shall be labeled as the lead defendant in the docket caption.

IT IS SO ORDERED.

Dated:   **May 15, 2026**

UNITED STATES DISTRICT JUDGE